```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                           CASE NO. 06 B 13160
  DIANA M MCCLAUGHRY
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-1941

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/06 and confirmed on 12/08/06.

   2.  The case was dismissed after confirmation, 10/05/2007.

   3.  The Debtor paid a total of $   3260.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALLIANT CREDIT UNION | SECURED | 20.28 | .00 | 20.28 |
| HSBC AUTO FINANCE | SECURED | 11832.17 | 750.80 | 1356.17 |
| MARQUETTE CONSUMER FINAN | SECURED | 312.97 | .00 | 312.97 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2169.52 | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FITNESS CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ARROW SERVICE BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GURNEE RADIOLOGY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY PHYSICIANS LL | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 692.02 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TRI CITY AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRI CITY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| WM STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| MARQUETTE CONSUMER FINAN | UNSECURED | 5924.12 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 34.74 | .00 | .00 |

          Summary of disbursements:

```
                        SECURED       PRIORITY    UNSECURED          OTHER         TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     12165.42        2169.52      6650.88            .00      20985.82
PRINCIPAL PAID          1689.42            .00          .00            .00       1689.42
INTEREST PAID            750.80            .00          .00            .00        750.80
TOTAL PAID              2440.22            .00          .00            .00       2440.22
```

The Debtor's attorney, DAVID M SIEGEL                       , was allowed $   3000.00
and was paid $     666.98 .

The Trustee received $     152.80 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/14/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 13160 DIANA M MCCLAUGHRY